UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                 :

A.K., *individually and on behalf of her child N.S., a minor,*  :

                       Plaintiffs,          :

                                         :           23 Civ. 5854 (JPC)

      -v-                         :

                                         :              ORDER

NEW YORK CITY DEPARTMENT OF EDUCATION,   :

                  Defendant.       :

                                         :
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has been advised that the parties have reached a settlement in principle resolving all issues in this case.  In light of that information, the Court intends to issue an order dismissing this action without costs and without prejudice to restoring the action to the Court's calendar provided an application is made within thirty days, unless either party informs the Court within seven days of this Order that they prefer the Court not issue such a dismissal order.  Any pending motions are denied as moot and any conferences are adjourned *sine die*.

      SO ORDERED.

Dated: February 2, 2024
      New York, New York                       JOHN P. CRONAN
                                     United States District Judge